IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 29 PM 5: 10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| MABLE WILSON § | |
| § | |
| Plaintiff, § | |
| § | No. 05-2578 - MI/P |
| vs. § | JURY DEMANDED |
| § | |
| HECKETHORN MANUFACTURING § | |
| COMPANY § | |
| § | |
| § | |
| Defendant. § | |

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held telephonically on September 26, 2005. Present were Michael L. Russell, counsel for plaintiff, and James M. Simpson, counsel for defendants. At the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1): November 24, 2005

JOINING PARTIES: January 23, 2006

AMENDING PLEADINGS: January 23, 2006

INITIAL MOTIONS TO DISMISS: February 16, 2006

COMPLETING ALL DISCOVERY: July 19, 2006

    (a) DOCUMENT PRODUCTION: July 19, 2006

C:\Documents and Settings\jms\Local Settings\Temporary Internet Files\OLK241\Scheduling Order.wpd     Page 1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-3-05

  (b) DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: July 19, 2006

  (c) EXPERT WITNESS DISCLOSURE  (Rule 26):

    (1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: May 16, 2006

    (2) DISCLOSURE OF DEFENDANT"S RULE 26 EXPERT INFORMATION: June 16, 2006

    (3) EXPERT WITNESS DEPOSITIONS: July 19, 2006

FILING DISPOSITIVE MOTIONS: August 16, 2006

OTHER RELEVANT MATTERS:

  No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

  Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

  This case is set for a jury trial, and the trial is expected to last 3 day(s). The pre-trial order date, pretrial conference date, and trial date will be set by the presiding judge.

  This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

  The parties are reminded that pursuant to Local Rule 11(a) (1) (A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

  The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of this court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

  The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

TU M. PHAM
UNITED STATES MAGISTRATE JUDGE
DATE: September 29, 2005

AGREED AND APPROVED FOR ENTRY:

GILBERT & RUSSELL, PLC
2021 Greystone Park
P.O. Box 11357
Jackson, Tennessee 38308
Telephone: (731) 664-1340
Telefax: (731) 667-1540

By: Michael L. Russell by JMS w/ express permission
Justin S. Gilbert
Michael L. Russell

Attorneys for Plaintiff

ALLEN, SUMMERS, SIMPSON, LILLIE & GRESHAM, PLLC
80 Monroe Avenue, Suite 650
Memphis, TN 38103   (901) 763-4200

By: 
James Simpson

Attorneys for Defendant

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02578 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

---

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

James M. Simpson
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Michael L. Russell
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Honorable Jon McCalla
US DISTRICT COURT